DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PAUL DARIEN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-3780

[April 9, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Usan, Judge; L.T. Case Nos. 12-004815CF10A, 12-005669CF10A and 12-006758CF10A.

Paul Darien, Bowling Green, pro se.

No appearance required for the appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., CIKLIN and KUNTZ, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***